FILED

May 28, 2009

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )
                Plaintiff,         )          Case No. 2:09MJ00172-GGH
v.                                 )
                                   )          ORDER FOR RELEASE OF
                                   )          PERSON IN CUSTODY
JESUS JOSE SMITH GONZALEZ,         )
                                   )
                Defendant.         )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JESUS JOSE SMITH GONZALEZ , Case No.

 2:09MJ00172-GGH  , Charge __ , from custody subject to the conditions contained in the attached

"Notice to Defendant Being Released" and for the following reasons:

    ✔   Release on Personal Recognizance

    __   Bail Posted in the Sum of $_____

        __   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

        __   (Other)      __

Issued at  Sacramento, CA  on  May 28, 2009  at  1:53 pm  .

By   /s/ Gregory G. Hollows
     Gregory G. Hollows
     United States Magistrate Judge

Copy 5 - Court